428

514 A.2d 814
**Russell Edward TASKER**

v.

**STATE of Maryland.**

**No. 89, Sept. Term, 1986.**

Court of Appeals of Maryland.

Sept. 8, 1986.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case it this 8th day of September, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to the Court of Special Appeals for reconsideration in light of *Shell v. State*, 307 Md. 46, 512 A.2d 358, (1986). Costs to be paid by Garrett County.